IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LEE COOTES, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-355-K |
| ) | |
| KAUFMAN COUNTY SHERIFF'S DEPT. and ) | |
| OFFICER JACOB STEWART, ) | |
|     Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 29th day of June, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE